ELLA L. WINTON, Appellant, *v.* WALTER W. WINTON, Respondent.

(Argued October 7, 1889; decided October 22, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 24, 1889, which reversed an order of Special Term, adjudging the defendant in contempt.

*Edward P. Wilder* for appellant.

*George W. Stephens* for respondent.

Agree to affirm on opinion below.

All concur, except PECKHAM, J., who reads for reversal, DANFORTH, J., concurring, and RUGER, Ch. J., not voting.

Order affirmed.

---

In the Matter of the Petition of CHAUNCEY N. BRAINERD, Appellant, to Vacate an Assessment for Sewers in Tenth Avenue, East Side, Between One Hundred and Sixty-Second and One Hundred and Seventieth Streets, New York City.

(Submitted October 7, 1889; decided October 22, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 28, 1889, which affirmed an order of Special Term denying the prayer of the petitioner for the reduction or value of an assessment.

*James A. Deering* for appellant.

*William H. Clark* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.